DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-06-479 MCE DAD |
| Plaintiff, ) | |
| v. ) | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| MARK PARKER, ) | |
| Defendant. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

    On or about December 6, 2006, a receipt for a Deed of Trust in the amount of $105,000.00 was filed with the Solano County Recorders Office in case: U.S. v. Mark Parker, Cr-S-06-479 MCE (document #200600154647)

    On January 12, 2007 Mr. Parker appeared before Judge England for a detention hearing.  The Court ordered the defendant detained pending trial.

///

///

///

1   It is hereby requested that the $105,000 bond be exonerated in
2 the above-captioned case and that the Clerk of the District Court be
3 directed to reconvey the property to Ms. Natasha Collier, 527 Grant
4 Street, Vallejo, CA 94591. Attached as exhibit A is a copy of the
5 first page of the deed of trust showing the recorder's stamp.

Dated:  January 16, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Caro Marks
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MARK PARKER


**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $105,000 secured by Ms. Natasha Collier is hereby exonerated.

Dated: January 18, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-