1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   MARK PARKER
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     )  No. Cr-S-06-479 MCE DAD
                                 )
14              Plaintiff,       )
                                 )  REQUEST FOR ORDER AND ORDER
15     v.                        )  EXONERATING BOND
                                 )
16 MARK PARKER,                  )
                                 )
17              Defendant.       )  Judge: Hon. Morrison C. England
                                 )
18 _____)

19

20     On or about December 6, 2006, a receipt for a Deed of Trust in the

21 amount of $89,350.00 was filed with the Alameda County Recorders Office

22 in case: U.S. v. Mark Parker, Cr-S-06-479 MCE (document #200644826).

23     On January 12, 2007 Mr. Parker appeared before Judge England for a

24 detention hearing.  The Court ordered the defendant detained pending

25 trial.

26 ///

27 ///

28 ///

1   It is hereby requested that the $89,350.00 bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the property located at 3513 & 3515 Lincoln Avenue, Oakland, CA to Ms. Velma Livingston, 1726 Benedict Drive, San Leandro, CA 94577.  Attached as exhibit A is a copy of the first page of the deed of trust showing the recorder's stamp.

Dated:  January 16, 2007
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARK PARKER



**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $89,350.00 secured by Ms. Velma Livingston is hereby exonerated.

Dated: January 18, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

-2-