DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-06-479 MCE DAD |
| Plaintiff, ) | |
| ) | REQUEST FOR ORDER AND ORDER |
| v. ) | EXONERATING BOND |
| MARK PARKER, ) | |
| Defendant. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

On or about December 6, 2006, a receipt for a Deed of Trust in the amount of $71,150.00 was filed with the San Joaquin County Recorders Office in case: U.S. v. Mark Parker, Cr-S-06-479 MCE (document #2007-0006161-00).

On January 12, 2007 Mr. Parker appeared before Judge England for a detention hearing. The Court ordered the defendant detained pending trial.

///

///

It is hereby requested that the $71,150.00 bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the property located at 1823 Powell Street, San Pablo, CA to Ms. Velma Livingston, 1726 Benedict Drive, San Leandro, CA 94577.  Attached as exhibit A is a copy of the first page of the deed of trust showing the recorder's stamp.

Dated:  January 16, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARK PARKER


**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $71,150.00 secured by Ms. Velma Livingston is hereby exonerated.

Dated: January 18, 2007

                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE