1  ΔMcGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   Case No. 2:06-cr-00479-MCE
                                )
11             Plaintiff,       )   STIPULATION AND ORDER
                                )   CONTINUING STATUS CONFERENCE
12      v.                      )   AND EXCLUDING TIME
                                )
13 MARK EDWARD PARKER,          )
                                )
14             Defendant.       )
15 _____)

16      Plaintiff, United States of America, by its counsel, Assistant
17 United States Attorney Jason Hitt, and defendant Mark Edward PARKER,
18 by and through his counsel, H. Ernesto Castillo, Esq., stipulate and
19 agree that the currently-set status conference on July 19, 2007,
20 should be continued to August 30, 2007, at 9:00 a.m.  The parties
21 further stipulate that the time period from July 19, 2007, up to and
22 including the new status conference date of August 30, 2007, should
23 be excluded from computation of the time for commencement of trial
24 under the Speedy Trial Act, based upon the need for defense counsel
25 to continue discussions with the government regarding resolution of
26 the case, research possible motions related to discovery and other
27 areas, and review new discovery provided on the recently-filed
28 Superseding Indictment.

1

1   For these reasons, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for trial
4 in this case and, in addition, in the interests of justice under 18
5 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: July 16, 2007     By:  /s/Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney

DATED: July 16, 2007     By:  /s/Jason Hitt
                              Authorized to sign for Mr.
                              Castillo on 07-13-07
                              H. ERNESTO CASTILLO, Esq.
                              Attorney for Mark PARKER

2

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for July 19, 2007, at 9:00 a.m. is vacated;

2. A status conference is set for August 30, 2007, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from July 19, 2007, up to and including August 30, 2007.

Dated: July 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE