**H. Ernesto Castillo, Bar no. 220900**
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Mark Edward Parker*

# In The United States District Court
# For The Northern District of California

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Plaintiff,*<br>vs.<br><br>MARK EDWARD PARKER,<br><br>*Defendant.* | No.  2:06-cr-00479-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

    Defendant, by and through his counsel, H. Ernesto Castillo, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the currently set status conference on October 11, 2007, should be continued to November 8, 2007 at 9:00 a.m.  The parties further stipulate that the time period from October 11, 2007, up to and including the new status conference date of November 8, 2007, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussion with the government regarding resolution of the case, research possible motions related to discovery and for continuity of counsel.

    For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for

trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

                                                Respectfully Submitted,

Date:  October 9, 2007

                                                 /s/   H. Ernesto Castillo
                                                H. Ernesto Castillo
                                                Attorney for Mark Parker

Date:  October 9, 2007                                         /s/   H. Ernesto Castillo
                                                Authorized to sign for Jason Hitt, Assistant U.S. Attorney

## ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that :

1.        The status conference set for October 11, 2007, at 9:00 a.m. is vacated;

2.        A status conference is set for November 8, 2007, at 9:00 a.m.; and

3.        Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from October 11, 2007, up to and including August 30, 2007.

DATED: October 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE