McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-cr-00479 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| MARK EDWARD PARKER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Mark Edward PARKER, by and through his counsel, LeRue James Grim, Esq., stipulate and agree that the currently-set status conference on April 17, 2008, should be continued to May 29, 2008, at 9:00 a.m.  The parties further stipulate that the time period from April 17, 2008, up to and including the new status conference date of May 29, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case, the defendant's possible retaining of new counsel, and ongoing investigation of this case.

/ / /

1

1  For these reasons, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for trial
4 in this case and, in addition, in the interests of justice under 18
5 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: April 16, 2008           By:    /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED: April 16, 2008           By:    /s/Jason Hitt
                                        Authorized to sign for Mr.
                                        Grim on 04-16-08
                                        LeRUE JAMES GRIM, Esq.
                                        Attorney for Mark PARKER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for April 17, 2008, at 9:00 a.m. is vacated;

2. A status conference is set for May 29, 2008, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from April 17, 2008, up to and including May 29, 2008.

DATED: 4/21/2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE