McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:06-cr-00479-MCE |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| MARK EDWARD PARKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        Plaintiff, United States of America, by its counsel, Assistant
United States Attorney Jason Hitt, and defendant Mark Edward PARKER,
by and through his counsel, LeRue James Grim, Esq., stipulate and
agree that the currently-set status conference on May 29, 2008,
should be continued to May 8, 2008, at 9:00 a.m.  The parties
further stipulate that the time period from April 17, 2008, up to
and including the new status conference date of May 8, 2008, should
be excluded from computation of the time for commencement of trial
under the Speedy Trial Act, based upon the defendant's desire to
obtain new counsel.  The government has been in contact with the
Federal Defender's Office and they are prepared to return to this
case if needed and will be available on the May 9, 2008 status
conference date.

1

As a result, for continuity of counsel and the need for possible obtain new counsel for the defendant, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and obtain new counsel in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED:  April 16, 2008          By:  /s/Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

DATED:  April 16, 2008          By:  /s/Jason Hitt
                                     Authorized to sign for Mr.
                                     Grim on 04-16-08
                                     LeRUE JAMES GRIM, Esq.
                                     Attorney for Mark PARKER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.   The status conference set for May 29, 2008, at 9:00 a.m. is vacated;

2.   A status conference is set for May 8, 2008, at 9:00 a.m.; and

3.   Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from April 17, 2008, up to and including May 8, 2008.

Dated: April 28, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE