DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK EDWARD PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-00479-MCE |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| MARK EDWARD PARKER, | |
| Defendant. | |

The defendant, MARK EDWARD PARKER, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel as follows:

[ X ]  Chief Assistant Federal Defender, LINDA C. HARTER

[   ]  CJA Panel Member _____ because the Federal Defender has a conflict in this matter.

Mr. Parker is charged by Indictment filed on November 29, 2006, with violations of 21 U.S.C. 841 - Possession of Crack Cocaine With Intent to Distribute.  He is currently in federal pretrial detention at Sacramento County Jail.

He has requested the appointment of counsel.  He has filled out the

financial affidavit and qualifies for the Federal Defender's Office. According to the docket, Mr. Parker was previously represented by the Federal Defender's Office.  He then retained Mr. Castillo.  He subsequently retained Mr. Grim.  Mr. Grim was notified by counsel undersigned of the defendant's request.

DATED:  April 30, 2008

                              Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Linda C. Harter
                              LINDA C. HARTER
                              Chief Assistant Federal Defender

    Having satisfied the court that MARK EDWARD PARKER is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: May 1, 2008

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE