1  DANIEL BRODERICK Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARK EDWARD PARKER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. 2:06-cr-00479-MCE
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER
13      v.                         )
                                   )
14  MARK EDWARD PARKER,            )  Date:  June 26, 2008
                                   )  Time:  9:00 a.m.
15              Defendant.         )  Judge: Morrison C. England
                                   )
16  _____ )

17

18       MARK EDWARD PARKER, by and through his counsel, Caro Marks,

19  Assistant Federal Defender, and the United States government, by and

20  through its counsel, Jason Hitt, Assistant United States Attorney,

21  hereby stipulate and agree to vacate the previously scheduled Status

22  Conference Date of June 12, 2008, and set a new Status Conference Date

23  of June 26, 2008 at 9:00 a.m.

24       Undersigned defense counsel is new to the case. During a recent

25  lengthy jury trial counsel received more than 300 pages of discovery in

26  Mr. Parker's case and needs time to read it, review it with Mr. Parker,

27  determine what, if any, investigation or research is necessary, and

28  proceed accordingly.

1    Therefore, both parties agree to this continuance and agree to

2    exclude time pursuant to the Speedy Trial Act for preparation of

3    counsel, 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].

4        IT IS STIPULATED that the period from the signing of this order,

5    up to and including June 26, 2008, be excluded in computing the time

6    within which trial must commence under the Speedy Trial Act, pursuant

7    to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and

8    preparation of counsel.

9                                    Respectfully submitted,

10                                   DANIEL BRODERICK
                                     Federal Defender
11

12                                   /s/ Caro Marks

13                                   _____
                                     CARO MARKS
14                                   Assistant Federal Defender
                                     Attorney for Defendant
15                                   MARK EDWARD PARKER
     Dated:  June 11, 2008
16

17                                   MCGREGOR SCOTT
                                     United States Attorney
18

19                                   /s/ Jason Hitt

20                                   _____
                                     JASON HITT
21                                   Assistant U.S. Attorney

22                            **ORDER**

23   **IT IS SO ORDERED.**

24    Dated: June 11, 2008

25

26

27                                   _____
                                     MORRISON C. ENGLAND, JR.
28                                   UNITED STATES DISTRICT JUDGE