**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Mark Parker

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-06-479-MCE |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF SENTENCING AND PROPOSED ORDER** |
| vs. | Date: July 16, 2009 |
| Mark Parker, | Time: 9:00 a.m. |
| Defendant | Judge: Morrison C. England, Jr. |

### PROCEDURAL HISTORY

On March 4, 2009, Mark Parker was convicted by jury of the counts charged against him in the Superseding Indictment. Sentencing was set for May 14, 2009. On April 8, 2009, Mr. Parker's trial attorney, Robert Peters, entered into a stipulation with AUSA Jason Hitt to continue sentencing to June 25, 2009. On May 8, 2009, based on the unavailability of the probation officer, the parties agreed to continue sentencing to July 16, 2009.

On June 9, 2009, trial attorney for defendant Mark Parker, Robert Peters, passed away. Subsequently, current counsel was requested by the CJA administrator to seek appointment to represent the defendant and now represents defendant Mark Parker.

## FACTUAL SUMMARY

I have reviewed Mr. Peters' files; consulted with Mr. Peters' investigator; reviewed the draft PSR; consulted with the probation officer and the prosecuting AUSA; and consulted with Mr. Parker.

I need additional time to apprise myself of various factual issues which appear to have occurred during trial of which I do not have first-hand knowledge, specifically dealing with the weight/quantify of drugs testified to at trial; additional time to prepare objections to the Pre-Sentence Report; and additional time to prepare an appropriate sentencing memorandum, particularly dealing with the issue of the 100 to 1 ratio vs. a 1 to 1 ratio regarding the crack cocaine guidelines.

Therefore, after consulting all parties, we are requesting the Court continue the Sentencing Hearing now set for July 16, 2009 at 9:00 a.m. to the date of November 19, 2009 at 9:00 a.m. and adopt the following disclosure schedule, to which all parties and U.S. Probation agree:

| | |
|---|---|
| Judgment and Sentencing date: | 11/19/2009 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/12/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/05/2009 |

| | |
|---|---|
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | 09/24/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | Already disclosed |

## STIPULATION

Plaintiff, United States, and Defendant, Mark Parker, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for sentencing in the above-mentioned cases from July 16, 2009 to November 19, 2009 at 9:00 a.m..

**IT IS SO STIPULATED.**

DATED:    July 7, 2009            **LAWRENCE G. BROWN**
                                  Acting United States Attorney


                                  /s/ Jason Hitt, Esq. by
                                  by Jan David Karowsky w/
                                  Mr. Hitt's approval
                         by
                                  Jason Hitt
                                  Assistant U.S. Attorney
                                  by Jan David Karowsky


DATED:    July 7, 2009            JAN DAVID KAROWSKY
                                  Attorney at Law
                                  A Professional Corporation

                                  /s/ Jan David Karowsky, Esq.
                         by
                                  JAN DAVID KAROWSKY
                                  Attorney for Defendant
                                  Mark Parker

# ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for sentencing in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in sentencing on the date now set.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**DATED:** July 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE