**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Mark Parker

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  ) | Case No.: Cr.S-06-479-MCE |
| )  Plaintiff, ) | **ORDER** |
| ) vs. ) | **Date**:  November 19, 2009 |
| ) Mark Parker, ) | **Time**:  9:00 a.m. |
| ) Defendant ) | **Judge**:  Morrison C. England, Jr. |

## <u>ORDER</u>

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for sentencing in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in sentencing on the date now set.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED: November 18, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE