**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Mark Parker

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-06-479-MCE |
| Plaintiff, | **STIPULATIONS AND ORDERS FOR:** |
| vs. | **(1) CONTINUANCE OF HEARING ON MOTION TO SET ASIDE VERDICTS AND REINSTATE PROFFERED PLEA AGREEMENT;** |
| Mark Parker, | |
| Defendant | **(2) SETTING NEW BRIEFING SCHEDULE FOR MOTION TO SET ASIDE VERDICTS; AND** |
| | **(3) VACATING SENTENCING DATE** |
| | Date: April 29, 2010 |
| | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

## PROCEDURAL HISTORY

On March 30, 2010, defendant filed a "Motion to Set Aside Verdicts and Reinstate Written Plea Agreement Proffered by Government on or About January 28, 2009 (hereinafter "The Motion"). The Court thereafter set the matter for hearing on April 29, 2010 on its regularly scheduled Law and Motion calendar. No formal briefing schedule was set.

1 AUSA Hitt was in the final stages of preparing for a jury trial, U.S. v. Sartaj Chahal, Cr.
2 S-09-0125, which commenced in front of Judge Damrell on March 31, 2010. Since March 31st
3 through the present, Mr. Hitt has been engaged in said jury trial and has not had time to prepare
4 a response to defendant's motion.
5 The parties propose that the following briefing schedule be set with the date for hearing
6 on the motion re-set to June 24, 2010:

7

8 Government's response due: May 31, 2010
9 Defendant's reply due: June 14, 2010
10 Hearing on motion: June 24, 2010

11

12 Further, sentencing in this matter is currently set for May 13, 2010 at 9:00 a.m.. Based
13 on the above proposed briefing and hearing schedule, the parties propose to vacate the May 13,
14 2010 date for sentencing and wait to re-set the sentencing date until June 24, 2010, in order to
15 give more time to Mr. Karowsky to prepare an appropriate sentencing memorandum. That is,
16 the date for sentencing would be set to a future date at the hearing scheduled for June 24, 2010.

17

18
## STIPULATION
19
20 Plaintiff, United States, and Defendant, Mark Parker, through their undersigned counsel,
21 hereby stipulate and agree that the Court may establish the following briefing schedule:

22

23 Government's response due: May 31, 2010
24 Defendant's reply due: June 14, 2010
25 Hearing on motion: June 24, 2010

Further, the parties stipulate and agree that the date of April 29, 2010, the date now set for the hearing on the motion, should be vacated and the hearing on the motion should be set on June 24, 2010.

Further, sentencing in this matter, now set on May 13, 2010, should be vacated and a new sentencing date should be set in the future after the hearing on June 24, 2010, in order to give Mr. Karowsky more time to prepare a sentencing memorandum on behalf of Mr. Parker.

**IT IS SO STIPULATED.**

DATED:      April 21, 2010               **BENJAMIN B. WAGNER**
                                          United States Attorney

                                          /s/ Jason Hitt, Esq. by
                                          by Jan David Karowsky w/
                                          Mr. Hitt's approval
                                    by
                                          Jason Hitt
                                          Assistant U.S. Attorney
                                          by Jan David Karowsky


DATED:      April 21, 2010               JAN DAVID KAROWSKY
                                          Attorney at Law
                                          A Professional Corporation

                                          /s/ Jan David Karowsky, Esq.
                                    by
                                          JAN DAVID KAROWSKY
                                          Attorney for Defendant
                                          Mark Parker

# ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for sentencing in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in sentencing on the date now set.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulations of the parties in its entirety as its orders.

**IT IS SO ORDERED.**

**Dated:** April 20, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE