```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. 2:06-cr-0479-MCE |
| Plaintiff, | STIPULATION AND ORDER RESETTING THE BRIEFING SCHEDULE FOR DEFENDANT PARKER'S MOTION TO SET ASIDE VERDICTS AND REINSTATE PLEA AGREEMENT |
| v. | |
| MARK PARKER, | |
| Defendant. | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Mark PARKER, by his counsel, Jan Karowsky, Esq., hereby stipulate and agree that the briefing schedule on defendant's motion to set aside verdicts and reinstate plea agreement should be reset as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

```
 1       Government's Response:    August 5, 2010
 2       Defendant's Reply:        August 19, 2010
 3       Hearing:                  August 26, 2010, at 9:00 a.m.
 4
 5                                 Respectfully Submitted,
 6                                 BENJAMIN B. WAGNER
                                   United States Attorney
 7
 8  DATED:  June 22, 2010     By:/s/Jason Hitt
                                 JASON HITT
 9                               Assistant U.S. Attorney
10
11  DATED:  June 22, 2010     By:/s/Jason Hitt for Jan Karowky
                                 Authorized to sign for
12                               Mr. Karowsky on 06-20-10
                                 Attorney for Mr. PARKER
13
```

**ORDER**

Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule as follows:

| | |
|---|---|
| Government's Response: | August 5, 2010 |
| Defendant's Reply: | August 19, 2010 |
| Hearing: | August 26, 2010, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: June 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE