**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Mark Parker

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,            )<br>                                                       )<br>            Plaintiff,                       )<br>                                                       )<br>    vs.                                              )<br>                                                       )<br>Mark Parker,                               )<br>                                                       )<br>            Defendant                    )<br>                                                       )<br>                                                       )<br>                                                       )<br>                                                       )<br>                                                       )<br>                                                       )<br>_____) | Case No.: Cr.S-06-479-MCE<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF HEARING DATE ON MOTION TO SET ASIDE VERDICTS AND REINSTATE PROFFERED PLEA AGREEMENT**<br><br>Date:   August 26, 2010<br>Time:   9:00 a.m.<br>Judge:  Morrison C. England, Jr. |

## PROCEDURAL HISTORY

On June 23, 2010, the Court signed an Order which re-set the briefing schedule in the above-captioned motion and set a hearing date on August 26, 2010 at 9:00 a.m.. The hearing date of August 26, 2010, subsequently has become a date which counsel for Mr. Parker cannot

- 1 -

attend.  Therefore, the both parties have agreed to request the Court to vacate the hearing date of August 26, 2010 and re-set the hearing to September 2, 2010.  The briefing schedule, previously ordered by the Court shall remain as previously ordered.

## STIPULATION

Plaintiff, United States, and Defendant, Mark Parker, through their undersigned counsel, hereby stipulate, agree, and request the Court to vacate the hearing now scheduled for August 26, 2010 and re-set it on September 2, 2010 at 9:00 a.m..

**IT IS SO STIPULATED.**

DATED:     June 28, 2010                       **BENJAMIN B. WAGNER**
                                                United States Attorney

                                                /s/ Jason Hitt, Esq. by
                                                by Jan David Karowsky w/
                                                Mr. Hitt's approval
                                          by
                                                Jason Hitt
                                                Assistant U.S. Attorney
                                                by Jan David Karowsky


DATED:     June 28, 2010                       JAN DAVID KAROWSKY
                                                Attorney at Law
                                                A Professional Corporation

                                                /s/ Jan David Karowsky, Esq.
                                          by
                                                JAN DAVID KAROWSKY
                                                Attorney for Defendant
                                                Mark Parker

# ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for the hearing on the above-captioned motion would deny respective counsel for both parties reasonable time necessary for effective preparation and participation in the instant action, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of the vacating and re-setting of the motion outweigh the interests of the public and the defendant in having the hearing conducted on the previously set date.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulations of the parties in its entirety as its orders.

**IT IS SO ORDERED.**

DATED: June 29, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE