**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Mark Parker

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> vs.<br><br>Mark Parker,<br><br>   Defendant | Case No.: Cr.S-06-479-MCE<br><br>**STIPULATION FOR CONTINUANCE OF SENTENCING AND PROPOSED ORDER**<br><br>**Date**: December 9, 2010<br>**Time**: 9:00 a.m.<br>**Judge**: Morrison C. England, Jr. |

### PROCEDURAL HISTORY

On March 4, 2009, Mark Parker was convicted by jury of the counts charged against him in the Superseding Indictment. Sentencing has been continued a number of times. Sentencing is currently set for December 9, 2010.

Counsel for Mark Parker is requesting that sentencing be continued from December 9, 2010 to one week later, December 16, 2010, in that counsel now will not be available on December 9th. I have checked with AUSA Lapham and PO Thomas Brown, who agree to the requested date.

# STIPULATION

Plaintiff, United States, and Defendant, Mark Parker, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for sentencing in the above-mentioned cases from December 9, 2010 to December 16, 2010 at 9:00 a.m..

**IT IS SO STIPULATED.**

DATED:   October 25, 2010            **BENJAMIN WAGNER**
                                     United States Attorney

                                     /s/ Jason Hitt, Esq. by
                                     by Jan David Karowsky w/
                                     Mr. Hitt's approval
                              by
                                     Jason Hitt
                                     Assistant U.S. Attorney
                                     by Jan David Karowsky


DATED:   October 25, 2010            JAN DAVID KAROWSKY
                                     Attorney at Law
                                     A Professional Corporation

                                     /s/ Jan David Karowsky, Esq.
                              by
                                     JAN DAVID KAROWSKY
                                     Attorney for Defendant
                                     Mark Parker

1 **ORDER**

3   Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for sentencing in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in sentencing on the date now set.

  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**DATED:** October 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE