**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Mark Parker

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-06-479-MCE |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF SENTENCING AND ORDER** |
| vs. | |
| Mark Parker, | **Date**:  December 16, 2010<br>**Time**:  9:00 a.m.<br>**Judge**:  Morrison C. England, Jr. |
| Defendant | |

### PROCEDURAL HISTORY

On September 2, 2010, at a regularly scheduled status conference and hearing on an unrelated motion, the Court continued sentencing and also ordered a new, "modified" PSR to be prepared.  The Court's Minutes do not reflect the ordering of a new PSR.  However, both counsel and Mr. Parker recall the Court doing so.

Regardless, all parties agree that the preparation of a new PSR would be helpful to all concerned.  The parties agree that the issues to be addressed in the new PSR include, but may not be limited to the following:  (1) Whether the Fair Sentencing Act of 2010 dealing with

- 1 -

crack cocaine applies to sentencing in the instant action; (2) If the Fair Sentencing Act applies, would the Act apply to the mandatory minimum sentences; and (3) What quantity of drugs are attributable to Mr. Parker based on the charges in the Indictment and the proof at trial.

Senior Probation Officer Thomas Brown prepared the PSR in this matter. The parties are informed that Mr. Brown is on medical leave and per his supervisor is not scheduled to return to light duty until early February, 2011. All parties agree Mr. Brown would be the appropriate person to prepare a new "Modified" PSR. In order to accommodate his return and counsels' schedules, it is agreed that sentencing should be continued to April 28, 2011 at 9:00 a.m..

Therefore, after consulting all parties, we are requesting the Court continue the Sentencing Hearing now set for December 16, 2010 at 9:00 a.m. to the date of April 28, 2011 at 9:00 a.m. and adopt the following disclosure schedule, to which all parties and U.S. Probation agree:

| | |
|---|---|
| Judgment and Sentencing date: | 4-28-11 |
| Reply or Statement | 4-21-11 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 4-14-11 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 4-7-11 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | 3-31-11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 3-17-11 |

# STIPULATION

Plaintiff, United States, and Defendant, Mark Parker, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for sentencing in the above-mentioned case from December 16, 2010 to April 28, 2011 at 9:00 a.m. and further stipulate and agree that the Court should order a new "modified" PSR be prepared addressing at least the following issues:  (1) Whether the Fair Sentencing Act of 2010 dealing with crack cocaine applies to sentencing in the instant action; (2) If the Fair Sentencing Act applies, would the Act apply to the mandatory minimum sentences;  and (3) What quantity of drugs are attributable to Mr. Parker based on the charges in the Indictment and the testimony at trial; and further stipulate and agree on the above-mentioned Disclosure Schedule.

**IT IS SO STIPULATED.**

DATED:  December 9, 2010                **BENJAMIN WAGNER**
                                        United States Attorney

                                        /s/ Jason Hitt, Esq. by
                                        by Jan David Karowsky w/
                                        Mr. Hitt's approval
                              by
                                        Jason Hitt
                                        Assistant U.S. Attorney
                                        by Jan David Karowsky


DATED:  December 9, 2010                JAN DAVID KAROWSKY
                                        Attorney at Law
                                        A Professional Corporation

                                        /s/ Jan David Karowsky, Esq.
                              by
                                        JAN DAVID KAROWSKY
                                        Attorney for Defendant
                                        Mark Parker

# ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for sentencing in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in sentencing on the date now set.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED: December 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE