UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              No. 2:06-cr-00479 MCE

    Plaintiff,

  v.                                     **ORDER**

MARK EDWARD PARKER,

    Defendant.

----oo0oo----

The Court is in receipt of Defendant's letter requesting Grand Jury Transcripts, among other requests (ECF No. 160). Defendant's requests are DENIED. Any further requests to the Court are to be made through his attorney.

IT IS SO ORDERED.

DATED: February 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1