KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Mark Parker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr.S. 06-479 MCE |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MARK PARKER, | |
| Defendant. | |

**GOOD CAUSE APPEARING** this Court finds Mark Parker is indigent and qualifies for appointed counsel pursuant to the Criminal Justice Act. Following the completion of the sentencing hearing attorney Jan Karowsky is relieved as attorney of record and attorney Krista Hart is appointed to represent Mr. Parker on appeal in the Ninth Circuit Court of Appeals.

Dated:  May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE