KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California 95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Mark Parker

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:06-cr-00479 MCE |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MARK PARKER, | |
| Defendant. | |

**GOOD CAUSE APPEARING**, the court orders the court reporter to prepare a copy of the sealed portion of the transcript from the February 17, 2009, hearing and provide a copy to attorney Krista Hart, but that the transcript otherwise remain sealed unless or until appellant decides to introduce the issue into the Ninth Circuit appeal.

IT IS SO ORDERED.

Dated: August 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE