# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PARKER,<br><br>        Movant,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No.  14-cv-01122 MCE CKD<br><br>No.  06-cr-00479 MCE CKD<br><br><u>ORDER</u> |

Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated: May 9, 2014

                                              CAROLYN K. DELANEY<br>                                              UNITED STATES MAGISTRATE JUDGE

parker0479.rec