UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　v.<br><br>MARK EDWARD PARKER,<br><br>　　　　Movant. | No. 2:06-cr-00479 MCE AC P<br><br><br>ORDER |

Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed January 30, 2015, respondent was directed to file an answer to the motion within thirty days. By order filed February 27, 2015, respondent was granted an extension of time until April 16, 2015 to file an answer. Respondent has not filed an answer or otherwise responded to the motion.

Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days after the filing date of this order, respondent shall file and serve an answer to the motion, and shall show cause in writing why sanctions should not be imposed for failing to timely file such answer.

////
////
////
////

1

Movant's traverse, if any, shall be filed and served within thirty days after the filing date of respondent's answer.

DATED: April 28, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE