UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>MARK EDWARD PARKER,<br><br>　　　　　Movant. | No. 2:06-cr-00479 MCE AC P<br><br><br>ORDER |

The court has reviewed the response of respondent's counsel, ECF No. 208, to this court's order to show cause filed April 29, 2015, ECF No. 207. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. The order to show cause filed April 29, 2015, is discharged;

　　2. The time for respondent to file and serve a response is extended to May 29, 2015; and

　　3. Movant may file and serve a traverse within thirty days after the filing date of respondent's response.

DATED: May 11, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE