UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MARK EDWARD PARKER,<br><br>Movant. | No.  2:06-cr-0479 MCE AC P<br><br><br><br>ORDER |

Pending before the court is movant's motion to vacate, set aside or correct his federal sentence pursuant to 28 U.S.C. § 2255.  Movant filed his motion without the assistance of counsel on May 7, 2014.  Movant filed the motion from his current place of incarceration, following the conclusion of his appeal on his underlying conviction and sentence, and therefore upon the termination of his legal representation.  Movant is incarcerated at the Federal Correctional Institution in Adelanto, California, and his current mailing address is:

> Mark Edward Parker
> 16776-097
> FCI – Victorville Medium II
> P.O. Box 3850
> Adelanto CA 92301

All orders of this court since the filing of the Section 2255 motion have been served on movant at this mailing address, with the exception of the most recent order, which was mailed to the California Medical Facility (CMF).  A staff member of that facility has called and informed

1

the court that Mr. Parker is not confined at CMF.  Accordingly, the court makes the following order.

      For the reasons set forth above, IT IS HEREBY ORDERED that:

      1. The Clerk of Court shall designate on the docket movant's current place of confinement and his current mailing address, identified above.

      2. The Clerk of Court shall serve movant, together with a copy of this order, a copy of the court's order filed June 14, 2014 (ECF No. 217).

      3. The deadline set forth in the court's June 14, 2014 order is amended as follows: Movant shall file and serve his objections to the findings and recommendations within thirty (30) days after service of *this* order.

      SO ORDERED.

DATED: June 30, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE