1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                 No.  2:06-cr-0479 MCE AC P

12              Respondent,

13        v.                                    ORDER

14   MARK EDWARD PARKER,

15              Movant.

16

17        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or

18   correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 10, 2016, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within twenty-one days.  After two extensions of

23   time, movant filed objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed May 10, 2016, (ECF No. 215) are ADOPTED

3    in full;

4        2.  Petitioner's motion under 28 U.S.C. § 2255 (ECF No. 197) is DENIED;

5        3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

6    2253;

7        4.  The Clerk of the Court is directed to close the companion civil case, No. 2:14-cv-1122

8    MCE AC P; and

9        5.  The Clerk of the Court is directed to close this case.

10       IT IS SO ORDERED.

11   Dated:  September 27, 2016

12

13   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

2