HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MARK EDWARD PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK EDWARD PARKER,<br><br>Defendant. | No. Cr. S 06-00479 MCE<br><br>**ORDER TO SEAL MR. MARK EDWARD PARKER'S MEDICAL RECORDS – EXHIBIT 2**<br><br>Judge: Hon. MORRISON C. ENGLAND |

    IT IS HEREBY ORDERED that the Request to Seal Exhibit 2 - Mr. Mark Edward Parker's Medical Records -- is granted so that the medical information is not available on the public docket. The records have been provided to the Court and opposing counsel. These documents shall remain under seal until further Order of the Court.

    IT IS SO ORDERED.

Dated: March 31, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE