HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARK EDWARD PARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK EDWARD PARKER,<br><br>Defendant. | No. Cr. S 06-479 MCE 1<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |

Pursuant to defendant's unopposed request, and good causing appearing therefor, the reply in the above-entitled matter shall be filed on or before April 19, 2021.

IT IS SO ORDERED.

Dated: April 13, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Order Granting Extension of Time to File Reply