AO 247 (Rev. 11/11) - Order Regarding Motion for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018, P.L. 115-391

Case 2:06-cr-00479-KJM-AC   Document 261   Filed 10/27/22   Page 1 of 1

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 2:06-cr-00479-KJM-AC-1 |
| Mark Edward Parker | ) | |
| | ) | USM No: |
| Date of Original Judgment: | ) | |
| Date of Previous Amended Judgment: 05/16/2011 | ) | David M. Porter |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  360  months **is reduced to**  Time Served  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/16/2011 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 10/12/2022

Effective Date: 10/19/2022
*(if different from order date)*

*Judge's signature*

Kimberly J. Mueller, Chief District Judge
*Printed name and title*