HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MARK EDWARD PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Cr. S 06-479 KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATED REQUEST FOR BRIEFING SCHEDULE; ORDER** |
| MARK EDWARD PARKER, | ) | |
| Defendant. | ) | Judge:  Honorable KIMBERLY J. MUELLER |

It is hereby stipulated by Defendant, MARK EDWARD PARKER, by and through his attorney, Assistant Federal Defender David M. Porter, and the government, by and through its attorney, Assistant U.S. Attorney Jason Hitt, that the Court enter the order lodged herewith setting a briefing schedule on Mr.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Parker's request to terminate supervised release.  ECF 262.

Date:  June 6, 2025

Respectfully submitted,

| MICHELE BECKWITH | HEATHER E. WILLIAMS |
|---|---|
| Acting U.S. Attorney | Federal Defender |
| | |
| /s/ *Jason Hitt* | /s/ *David M. Porter* |
| JASON HITT | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| UNITED STATES OF AMERICA | MARK EDWARD PARKER |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED:

(1) the government's response to the request to terminate supervised release (ECF 262) be filed on or before June 27, 2025; and,

(2) any reply to the government's response be filed on or before July 7, 2025.

Date: June 9, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE